IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,

    v.

WEST TEXAS, INC., Individually and d/b/a Chevron Food Mart,

    Defendant.

2:09-cv-02853-GEB-KJM

ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE

Plaintiff filed a Status Report on January 31, 2010, in which he states he "anticipates a motion date in April 2010." Since it is evident that the motion Plaintiff references is a motion for default judgment, this motion shall be filed no later than 4:00 p.m. on April 1, 2010, or alternatively, Plaintiff shall Show Cause in a writing filed no later than 4:00 p.m. on April 1, 2010 ("OSC") why this action should not be dismissed for failure of prosecution.

If a hearing is requested on the OSC, it will be held on April 26, 2010, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date and time. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is only required to explain the status of the default judgment.

IT IS SO ORDERED.

Dated: February 11, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1