1  CRIS C. VAUGHAN, SBN 99568
   VAUGHAN & ASSOCIATES
2  6207 South Walnut Street, Suite 800
3  Loomis, CA 95650
   Telephone: 916-660-9401
4  Facsimile: 916-660-9378

5

6  Attorneys for Defendants
   West Texas, Inc., Individually and dba Chevron Food Mart
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  SCOTT N. JOHNSON,                    | CASE NO.  2:09-cv-02853-GEB-KJM

12             Plaintiff,

13       v.                              | STIPULATION AND ORDER TO SET
                                         | ASIDE DEFAULT
14                                       | [Rule 55(c) FRCP] AND TO VACATE
                                         | HEARING
15  West Texas, Inc., Individually and dba
    Chevron Food Mart,
16
               Defendants.
17

18

19

20          Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, Plaintiff, SCOTT

21  N. JOHNSON and Defendants, WEST TEXAS, INC., Individually and dba CHEVRON

22  FOOD MART by and through their respective attorneys, Scott N. Johnson and Cris C.

23  Vaughan, hereby stipulate to, and request the Court to, set aside the default that was

24  entered by the Clerk in this matter on January 29, 2010, for good cause and in the

25  interests of justice and allow Defendants, WEST TEXAS, INC., Individually and dba

-1-
STIPULATION AND PROPOSED ORDER TO SET ASIDE DEFAULT

1  CHEVRON FOOD MART to file an Answer to the Complaint within ten (10) days after

2  entry of the Order setting aside the default.

3       The Parties further request the Court to vacate Plaintiff's Motion for Default

4  Judgment against Defendants, WEST TEXAS, INC., Individually and dba CHEVRON

5  FOOD MART set for March 17, 2010 before Magistrate Judge Kimberly J. Mueller.

6

7       IT IS SO STIPULATED.

8

9  Dated: March 9, 2010

10

11                                        __/S/ SCOTT N. JOHNSON____
                                          Scott N. Johnson, Attorney for
12                                        Plaintiff

13  Dated: March 9, 2010

14

15

16                                        __/S/  CRIS C. VAUGHAN_____
                                          Cris C. Vaughan, Attorney for
17                                        Defendants, WEST TEXAS, INC.,
                                          Individually and dba CHEVRON FOOD
18                                        MART

19

20

21

22

23

24

25

*STIPULATION AND PROPOSED ORDER TO SET ASIDE DEFAULT*

ORDER

IT IS SO ORDERED; that the Default entered in this matter on January 29, 2010 is hereby set aside and Defendants, WEST TEXAS, INC., Individually and dba CHEVRON FOOD MART shall file an Answer to the Complaint no later than ten (10) days after this Order is filed.

Plaintiff's Motion for Default Judgment against Defendants, WEST TEXAS, INC., Individually and dba CHEVRON FOOD MART set for March 17, 2010 before Magistrate Judge Kimberly J. Mueller is hereby vacated.

Dated:  3/12/10

GARLAND E. BURRELL, JR.
United States District Judge

*STIPULATION AND PROPOSED ORDER TO SET ASIDE DEFAULT*