1 CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Defendants
West Texas, Inc., Individually and dba Chevron Food Mart

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>West Texas, Inc., Individually and dba Chevron Food Mart,<br><br>Defendants. | **CASE NO. 2:09-cv-02853-GEB-KJM**<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT**<br>**[Rule 55(c) FRCP] AND TO VACATE HEARING** |

Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, Plaintiff, SCOTT N. JOHNSON and Defendants, WEST TEXAS, INC., Individually and dba CHEVRON FOOD MART by and through their respective attorneys, Scott N. Johnson and Cris C. Vaughan, hereby stipulate to, and request the Court to, set aside the default that was entered by the Clerk in this matter on January 29, 2010, for good cause and in the interests of justice and allow Defendants, WEST TEXAS, INC., Individually and dba

1 CHEVRON FOOD MART to file an Answer to the Complaint within ten (10) days after
2 entry of the Order setting aside the default.

3     The Parties further request the Court to vacate Plaintiff's Motion for Default
4 Judgment against Defendants, WEST TEXAS, INC., Individually and dba CHEVRON
5 FOOD MART set for March 17, 2010 before Magistrate Judge Kimberly J. Mueller.

7     IT IS SO STIPULATED.

9 Dated: March 9, 2010

        /S/ SCOTT N. JOHNSON
        Scott N. Johnson, Attorney for
        Plaintiff

13 Dated: March 9, 2010

        **/S/** CRIS C. VAUGHAN
        Cris C. Vaughan, Attorney for
        Defendants, WEST TEXAS, INC.,
        Individually and dba CHEVRON FOOD
        MART

ORDER

IT IS SO ORDERED; that the Default entered in this matter on January 29, 2010 is hereby set aside and Defendants, WEST TEXAS, INC., Individually and dba CHEVRON FOOD MART shall file an Answer to the Complaint no later than ten (10) days after this Order is filed.

Plaintiff's Motion for Default Judgment against Defendants, WEST TEXAS, INC., Individually and dba CHEVRON FOOD MART set for March 17, 2010 before Magistrate Judge Kimberly J. Mueller is hereby vacated.

Dated:   3/12/10

GARLAND E. BURRELL, JR.
United States District Judge

*STIPULATION AND PROPOSED ORDER TO SET ASIDE DEFAULT*