IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,  )
           Plaintiff,  )  2:09-cv-02853-GEB-CKD
     v.  )  ORDER
West Texas, Inc., individually )
and d/b/a Chevron Food Mart,  )
           Defendant.  )

        The parties' Stipulation for Extension of Time to File Dispositional Documents, which they filed on April 2, 2012, is granted. Therefore, a dispositional document shall be filed no later than April 20, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        Further, the final pretrial conference scheduled for hearing on April 23, 2012, is continued to commence at 1:30 p.m. on May 21, 2012, in the event no dispositional document is filed, or if this action is not otherwise dismissed. A joint pretrial statement shall be filed seven (7) days prior to the final pretrial conference.

Dated: April 3, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28