IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,           )
                            )   2:09-cv-02853-GEB-CKD
        Plaintiff,          )
                            )
     v.                     )   ORDER OF DISMISSAL
                            )
West Texas, Inc., individually  )
and d/b/a Chevron Food Mart,    )
                            )
        Defendant.          )
_____ )

       Plaintiff filed a Notice of Settlement on March 1, 2012, in which he stated, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 24.) Therefore, an "Order Re Settlement and Disposition" was filed on March 5, 2012, which directed the parties to file a dispositional document no later than April 2, 2012. (ECF No. 25.) The March 5, 2012 Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id.

       Plaintiff subsequently filed two requests to extend the deadline to file a dispositional document until April 20, 2012 and May 10, 2012, respectively. See ECF Nos. 26 and 28. However, no dispositional document has been filed, and the parties have not provided

1  any reason for the continued pendency of this action. Therefore, this
2  action is dismissed without prejudice.
3           IT IS SO ORDERED.
4  Dated:  May 15, 2012
5
6                                    _____
                                     GARLAND E. BURRELL, JR.
7                                    United States District Judge